■ HAROLD L. KAPLAN, Appellant, v SHELL OIL COMPANY, Respondent, et al., Defendant.—In an action to recover damages for personal injuries sustained when plaintiff was attacked by a dog at a gasoline service station, plaintiff appeals from (1) an order of the Supreme Court, Dutchess County, dated December 27, 1976, which granted defendant Shell Oil Company's motion to dismiss the complaint as against it at the close of the plaintiff's case at a jury trial, and (2) a judgment of the same court, entered thereon on January 13, 1977. Order and judgment affirmed, with one bill of costs to cover both appeals (see *Cawthon v Phillips Petroleum Co.,* 124 So 2d 517 [Fla.]). Rabin, J. P., Shapiro, Suozzi and O'Connor, JJ., concur.